**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED ON: 4/7/2021    INDEX NO.: 6:21-CV-06303-FPG

EMILEE CARPENTER, LLC D/B/A EMILEE CARPENTER PHOTOGRAPHY AND EMILEE CARPENTER    Plaintiff(s)-Petitioner(s)

-vs-

LETITIA JAMES, in her official capacity as Attorney General of New York, et al.

Defendant(s)-Respondent(s)

STATE OF NEW YORK }
COUNTY OF SARATOGA ss.}

I, MARK E. MCCLOSKY being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On APRIL 23, 2021 at 12:55 P.M.
Deponent served a true copy of

ISSUED SUMMONS TO LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK, VERIFIED COMPLAINT + EXHIBITS 1 AND 2, CIVIL COVER SHEET, SUMMONS TO LETITIA JAMES, JOHNATHAN SMITH AND WEEDON WETMORE, CORPORATE DISCLOSURE STATEMENT, MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT, FILED VERIFIED COMPLAINT + EXHIBITS 1 AND 2, NOTICE OF PRELIMINARY INJUNCTION MOTION, LIST OF EXHIBITS AND WITNESSES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, DECLARATION OF EMILEE CARPENTER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, APPENDIX IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, PROPOSED ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION, TEXT ENTRY ORDER: AUTOMATIC REFERRAL TO MEDIATION, TEXT ENTRY ORDER: CASE ASSIGNED TO HON. FRANK P. GERACI, JR., TEXT ENTRY ORDER: NOTICE OF AVAILABILITY IF MAGISTRATE JUDGE, SUMMONSES ISSUED TO LETITIA JAMES, JOHNATHAN SMITH AND WEEDON WETMORE

bearing index number: 6:21-CV-06303-FPG    and date of filing: 4/7/2021
upon **LETITIA JAMES, in her official capacity as Attorney General of New York**
at address: **EMPIRE STATE PLAZA, THE JUSTICE BUILDING 2ND FLOOR**
city and state: **ALBANY, NY 12224**

MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving with} **ANDREA GILLIGAN, LEGAL ASSISTANT II**
the agent for service on the person in this proceeding designated under 311 CPLR . Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on     . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail__ return receipt requested.
Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE         Race/Skin Color: WHITE         Hair Color: BROWN
Approximate Age: 46   years   Approximate Height: 5'4"   Approximate Weight: 135   pounds
Other:

Subscribed and sworn before me on APRIL 23, 2021

Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01RO6065213
Expires: October 9, 2021
    234218
NLS #: 21-3903

MARK E. MCCLOSKY
Deponent

FIRM FILE #