**AFFIDAVIT OF SERVICE**

Index #: 21-CV-06303-FPG
Date Filed: April 7, 2021
Court Date: _____
Assigned Justice: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ATTORNEY(S): PH:
ADDRESS:  File No.: 234220

*Emilee Carpentter, LLC d/b/a Emilee Carpenter Photography and Emilee Carpenter*

Plaintiff

vs.

*Letitia James, in her official capacity as Attorney General of New York, et al*

Defendant

STATE OF New York, COUNTY OF SUFFOLK   SS.:

ANA SANCHEZ, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Friday, April 23, 2021** at **8:53 AM**.

at **ONE FORDHAM PLAZA, FOURTH FLR, BRONX, NY 10458** deponent served the within

ISSUED SUMMONS TO JONATHAN J. SMITH, in his official capacity as Interim Commissioner of the NEW YORK STATE DIVISION OF HUMAN RIGHTS VERIFIED COMPLAINT + EXHIBITS 1 AND 2, CIVIL COVER SHEET, SUMMONS TO LETITIA JAMES, JOHNATHAN SMITH AND WEEDON WETMORE, CORPORATE DISCLOSURE STATEMENT, MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT, FILED VERIFIED COMPLAINT + EXHIBITS 1 AND 2, NOTICE OF PRELIMINARY INJUNCTION MOTION, LIST OF EXHIBITS AND WITNESSES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, DECLARATION OF EMILEE CARPENTER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, APPENDIX IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, PROPOSED ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION, TEXT ENTRY ORDER: AUTOMATIC REFERRAL TO MEDIATION, TEXT ENTRY ORDER: CASE ASSIGNED TO HON. FRANK P. GERACI, JR., TEXT ENTRY ORDER: NOTICE OF AVAILABILITY IF MAGISTRATE JUDGE, SUMMONSES ISSUED TO LETITIA JAMES, JOHNATHAN SMITH AND WEEDON WETMORE.

on: **Johnathan J. Smith, in his official capacity as Interim Commissioner of the New York State Division of Human Rights**

Defendant therein named.

**#1 CORPORATION** ☒ By delivering to and leaving with **Mannikuttan Kottaram, Asst. Public Information Officer** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#2 DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Male   Color of skin: Brown   Color of hair: Black   Age: 40   Height: 5ft4in-5ft8in
Weight: Over 200 lbs   Other Features: Glasses, Beard, Mustache

**#3 WIT. FEES** ☐
$ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

Sworn to before me on 04/26/2021

JENNIFER SIMMONS
Notary Public, State of New York
No. 01SI6332918, Qualified in Suffolk County
Term Expires November 09, 2023

ANA SANCHEZ
Server's Lic # 2084176
InvoiceWorkOrder 2252886