UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index #:21-cv-06303-FPG
Date purchased:04/07/2021

| Plaintiff(s): | Emilee Carpenter, LLC d/b/a Emilee Carpenter Photography and Emilee Carpenter |
|---|---|
| Defendant(s): | Letita James, in her official capacity as Attorney General of New York, et al |

STATE OF NEW YORK , COUNTY OF CHEMUNG    ss.:

**Stephen Schoch**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **04/21/2021** at **3:50 PM**, I served the within Issued Summons to Weedon Wetmore in his official capacity as Interim Commissioner of the New York Division of Human Rights; Verified Complaint with Exhibits 1 and 2; Civil Cover Sheet; Summonses to Letitia James, Johnathan Smith and Weedon Wetmore; Corporate Disclosure Statement; Motion for Preliminary Injunction and Memorandum in Support; Filed Verified Complaint with Exhibits 1 and 2; Notice of Preliminary Injunction Motion; List of Exhibits and Witnesses in Support of Motion for Preliminary Injunction; Declaration of Emilee Carpenter in Support of Motion for Preliminary Injunction; Appendix in Support of Motion for Preliminary Injunction; Text Entry Order-Automatic Referral to Mediation; Text Entry Order- Assigned to Hon. Frank P. Geraci, Jr.; Text Entry Order- Notice of Availability of Magistrate Judge; Summonses Issued to Letitia James, Johnathan Smith and Weedon Wetmore to

**Weedon Wetmore, in his official capacity as District Attorney of Chemung County** at **226 Lake Street, Elmira, NY 14902** in the manner indicated below:

**SUITABLE AGE PERSON:** By delivering a true copy of said documents to **Amanda Lord - Clerk**, Co-Worker, a person of suitable age and discretion. Said premises is the usual place of business of Weedon Wetmore, in his official capacity as District Attorney of Chemung County within the state. An approximate description of Amanda Lord - Clerk is as follows:

Sex: **Female**  Color of skin/race: **White**  Color of hair: **Brown**  Age: **25**  Height: **5 ft 2 in**  Weight: **180 lbs.**  Other Features: **glasses**

The deponent asked whether Weedon Wetmore, in his official capacity as District Attorney of Chemung County was in active military service of the United States or the State of New York in any capacity or if they are financially dependent on anyone in the military and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that Weedon Wetmore, in his official capacity as District Attorney of Chemung County is not in the military and is not financially dependent on someone in active military service of the United States or the State of New York as that term is defined in the statutes of New York State of the Federal Soldiers and Sailors Civil Relief Act.

On **04/23/2021**, deponent mailed a copy of the above listed documents to **Weedon Wetmore, in his official capacity as District Attorney of Chemung County** at 226 Lake Street, Elmira, NY, 14902 . The documents were enclosed in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Sworn to and subscribed before me on 4/27/21

Rita Hoover
Notary Public # 01HO6069614
Steuben County State of New York
Commission Expires Mar 11,2022

X_____
Stephen Schoch

Dague & Martin, P.C.
# Nationwide Legal Services LLC
(234219)




*137339*