UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**Emilee Carpenter, LLC** d/b/a/ **Emilee Carpenter Photography**, and **Emilee Carpenter**,
                              Plaintiff

        -against-

**Letitia James**, in her official capacity as Attorney General of New York; **Jonathan J. Smith**, in his official capacity as Interim Commissioner of the New York State Division of Human Rights; and **Weeden Wetmore**, in his official capacity as District Attorney of Chemung County,
                              Defendants.

NOTICE OF APPEARANCE

Case No:  6:21-CV-06303

---

To: The clerk of court and all parties of record

    **PLEASE TAKE NOTICE** that I, M. HYDER HUSSAIN, ESQ., Chemung County Attorney, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Weeden A Wetmore in his Official Capacity as Chemung County District Attorney.

Dated:  April 28, 2021

M. HYDER HUSSAIN, ESQ.
Chemung County Attorney
Office and P.O. Address:
167 Lake Street
Elmira, New York 14902
Telephone:  607-737-2982
Fax:  607-737-0351
Email: hhussain@chemungcountyny.gov