# EXHIBIT A

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Print

**IN THE MATTER OF THE APPLICATION OF**

Bryan David Neihart
_____(Name)_____

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE Frank P. Geraci, Jr. , JUDGE OF THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK:

Bryan David Neihart , petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

   Alliance Defending Freedom, 15100 N. 90th Street, Scottsdale, AZ 85260

2. That petitioner attended the following educational institutions and received the following degrees:

   University of Denver Sturm College of Law - JD
   The Josef Korbel School of International Studies at the University of Denver - MA in international human rights
   Wheaton College - BA in French; BA in international relations

3. Please complete either (a), (b) or ( c):

                           Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

Additional Requirements:   Admission Sponsoring Affidavit
                           Attorney's Oath
                           Civility Principles Oath
                           Attorney Database Form
                           Attorney CM/ECF Registration Form
                           *Include the Pro Bono Volunteer Panel Form if you wish to become a member of the
                           Court's Volunteer Pro Bono Panel.

                   Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of _____ on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:   Certificate of Good Standing from the Clerk of Court of which he or she is a
                           member (dated no earlier than six months prior to submission to this Court)
                           Check or money order in the amount of the Attorney Admission fee set forth in the District Court
                           Schedule of Fees
                           Attorney's Oath
                           Civility Principles Oath
                           Attorney Database Form
                           Attorney CM/ECF Registration Form
                           *Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's
                           Volunteer Pro Bono Panel.

                              Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of Arizona and Colorado

Additional Requirements:   Motion to Appear Pro Hac Vice
                           Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the
                           District Court Schedule of Fees
                           Admission Petition Form
                           Admission Sponsor Affidavit
                           Attorney's Oath
                           Civility Principles Oath
                           Attorney Database Form
                           Attorney CM/ECF Registation Form

4. Petitioner is admitted to the following courts:

   Colorado and Arizona state courts

5. Since such admission(s), petitioner has practiced in the following courts:

   Colorado state courts and the U.S. District Court for the District of Colorado

   and has been involved in the following professional activities:

   Member, Arizona Bar Religious Liberty Law Section. See attached biography (Ex. A).

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this  6th   day of  May      , 2021

_____
Notary Public



JULIE E. PETERSON
Notary Public – Arizona
Maricopa County
My Comm. Expires Aug 25, 2021

(Revised 2020)

# EXHIBIT A



ABOUT US

# We're Defending You

## Bryan Neihart



Bryan Neihart serves as legal counsel with Alliance Defending Freedom, where he is a member of the Center for Conscience Initiatives.

Just before joining ADF, Neihart served as a law clerk to Judge Wiley Y. Daniel of the U.S. District Court for the District of Colorado. Neihart also practiced law with a litigation firm in Denver, Colorado where he primarily represented businesses, insurance companies, and hospitals in both federal and state courts. Neihart worked as a law clerk to Judge David Furman of the Colorado Court of Appeals after graduating from law school.

Neihart earned his J.D. from the Sturm College of Law of the University of Denver in 2014, where he was inducted into the Order of the Coif and served as a board member on the Denver Journal of International Law and Policy. While attending the University of Denver, he also received a M.A. in international human rights from the Josef Korbel School of International Studies. Neihart obtained his B.A., summa cum laude, in French and international relations from Wheaton College (IL) in 2011.

Neihart is a member of the state bars of Arizona and Colorado.

**Donate** to help ADF defend people like you.

MAKE A DONATION

**Join** our Newsletter and always stay up to date.

JOIN NOW

SHARE THIS PAGE

 

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Bryan David Neihart
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF Onondaga

Raymond J. Dague, being duly sworn deposes and says:

1. I reside at:

632 Stinard Avenue, Syracuse, New York 13207

and maintain an office for the practice of law at: Dague & Martin, P.C.

4874 Onondaga Road Syracuse, New York 13215

2. I am an attorney at law, admitted to practice in the State of New York.

_____, I was admitted to practice in the United States District Court for the Western District of New York on the 13 day of November, 1980.

3. I have known the petitioner since January 2021 and under the following circumstances:

I am aware of Mr. Neihart's work because I am co-counsel for Plaintiffs in the lawsuit entitled

Emilee Carpenter Photography v. James, Case No., Case No. 6:21-cv-06303-FPG.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____

Mr. Neihart has demonstrated, through his work and judgment, a high degree of moral character and fitness.

s/ Raymond J. Dague
Signature of Sponsoring Attorney

Sworn to before me this 23rd day of April,

_____
Notary Public

KAREN MARTIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MA6070163
Qualified in Onondaga County
My Commission Expires February 19, 2022

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF ARIZONA       )
                       ) SS:
MARICOPA   COUNTY      )

I, Bryan David Neihart of Phoenix, Arizona
                              City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this 6
day of May, 2021.

_____
Notary Public

JULIE E. PETERSON
Notary Public – Arizona
Maricopa County
My Comm. Expires Aug 25, 2021

Rev. 2/2000

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

APPENDIX TO CIVILITY PRINCIPLES

OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York; I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense that I do not believe to be honestly debatable under the law of the land;

In maintaining the causes confided to me, I will employ only means that are honorable, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidences and preserve inviolate the secrets of my client, and will accept compensation solely from the client or a third-party with the knowledge and approval of the client;

I will abstain from all offensive behavior and advance no fact prejudicial to the honor and reputation of a party or witness, unless my ethical duty requires;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar who practice law in this State and before this Court.

_____
(Signature)

# UNITED STATES DISTRICT COURT

# Western District of New York

**ATTORNEY DATABASE & ELECTRONIC CASE FILING REGISTRATION FORM**

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

This form shall also be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

Instructions: PLEASE TYPE OR PRINT. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: **Bryan**

Middle Name or Initial: **David**

Last Name: **Neihart**

Firm Name: **Alliance Defending Freedom**

Firm Address: **15100 N. 90th Street**

Suite:

City: **Scottsdale**   State: **AZ**   Zip: **85260** -

Phone Number: **480-444-0020**   FAX Number: **480-444-0028**

Primary E-Mail Address: **bneihart@adflegal.org**

Additional E-Mail Address: **jpeterson@adflegal.org**

Does your E-Mail Software support HTML messages? Yes **X**   No ____

Page 1 of 2

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York.

Method of Admission: **Pro Hac Vice**
(Petition, Certificate of Good Standing, *pro hac vice*)

Date admitted to practice in this Court: **Pending**
(write "pending" if admission is pending)

If admitted pro hac vice:
Date motion for pro hac vice granted: _____ in case number: **6:21-cv-06303-FPG**

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents.

Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_____          **April 14, 2021**
Signature of Registrant                                    Date

Please note that this form is required to be completed by any new attorneys seeking to be admitted to this District. If you have been previously admitted to practice in this court and are submitting this registration to request an account, you may fax the form to (716) 551-1705, or mail it to the following address:

Mary C. Loewenguth
United States District Court
Attn: CM/ECF Registration
2 Niagara Square
Buffalo, New York 14202

*OPTIONAL: Your login and password will be sent to you by the Office of the Clerk via the e-mail address you provided on your registration form. **If you prefer to have your login and password sent by U.S. Mail, please write the address below and mark your initials as approval for an alternate delivery method**:

Firm Address: _____

_____

_____

Attorney Initials: _____