# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Emilee Carpenter, LLC d/b/a Emilee Carpenter Photography** and **Emilee Carpenter**, | |
| Plaintiffs, | **Case No.  6:21-cv-06303** |
| v. | |
| **Letitia James**, in her official capacity as Attorney General of New York; **Johnathan J. Smith**, in his official capacity as Interim Commissioner of the New York State Division of Human Rights; and **Weeden Wetmore**, in his official capacity as District Attorney of Chemung County, | **[Proposed] Order Granting Plaintiffs' Pro Hac Vice Motion** |
| Defendants. | |

After considering the motion for the *Pro Hac Vice* Admission of Bryan D. Neihart filed by Plaintiffs Emilee Carpenter, LLC and Emilee Carpenter under Local Civil Rule 83.1(c) of the United States District Court for the Western District of New York, the Petition for Attorney Admission, and the related documents,

IT IS HEREBY ORDERED that said motion is GRANTED and Bryan D. Neihart is admitted to this Court for the purpose of appearing in the above-captioned action as counsel for Plaintiffs.

Done this _____ day of _____, 2021.

_____
FRANK P. GERACI, JR.
UNITED STATES DISTRICT JUDGE