**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Emilee Carpenter, LLC d/b/a Emilee Carpenter Photography** and **Emilee Carpenter**,<br>　　　　　Plaintiffs,<br><br>v.<br><br>**Letitia James**, in her official capacity as Attorney General of New York; **Jonathan J. Smith**, in his official capacity as Interim Commissioner of the New York State Division of Human Rights; and **Weeden Wetmore**, in his official capacity as District Attorney of Chemung County,<br>　　　　　Defendants. | Case No. 6:21-CV-06303<br><br>**[PROPOSED] ORDER GRANTING STATES' MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF** |

After considering the motion for leave to file an amici curiae brief under Fed. R. Civ. P. 7(b) submitted by Amici States of Nebraska et al., it is hereby ordered that the motion is granted, and Amici States are ordered to file their proposed amici brief with the Court.

Ordered this ____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Frank P. Geraci, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court