UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Emilee Carpenter, LLC d/b/a Emilee Carpenter Photography** and **Emilee Carpenter**,<br><br>     Plaintiffs,<br><br> v.<br><br>**Letitia James**, in her official capacity as Attorney General of New York; **Jonathan J. Smith**, in his official capacity as Interim Commissioner of the New York State Division of Human Rights; and **Weeden Wetmore**, in his official capacity as District Attorney of Chemung County,<br><br>     Defendants. | Case No. 6:21-CV-06303<br><br>**AMICI STATES' NOTICE OF PRO HAC VICE MOTION** |

Please take notice that the States of Nebraska, Alabama, Arkansas, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Oklahoma, South Carolina, Texas, Utah, and West Virginia move this Court under Local Civil Rule 83.1(d) for an order granting *pro hac vice* admission to James A. Campbell for the purpose of representing the States in this case. The grounds for this request are included in the papers submitted herewith, which include the Petition for Attorney Admission, the Admission Sponsor Form, the Attorney's Oath, the Civility Principles Oath, and the Attorney Database and Electronic Case Filing Registration Form. Also submitted with this notice is a proposed order.

Date: June 4, 2021.                                   Respectfully submitted,

*/s/Thomas Marcelle*

| | |
|---|---|
| Thomas Marcelle | Douglas J. Peterson |
| 61 Devonshire Dr. |   Attorney General of Nebraska |
| Slingerlands, New York 12159 | David T. Bydalek |
| tjmarccelle88@gmail.com |   Chief Deputy Attorney General |
| | James A. Campbell* |
| |   Solicitor General |
| | OFFICE OF THE NEBRASKA ATTORNEY |
| |   GENERAL |
| | 2115 State Capitol |
| | Lincoln, Nebraska 68509 |
| | (402) 471-2682 |
| | jim.campbell@nebraska.gov |

*Attorneys for Amici States*

*\*Pro hac vice admission pending*

## Certificate of Service

I certify that on June 4, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system and that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/Thomas Marcelle*
Thomas Marcelle