UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF

_____
                 (Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

                                                                   **SPONSORING AFFIDAVIT**

---

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF             )

_____, being duly sworn deposes and says:

1. I reside at:

_____

and maintain an office for the practice of law at:_____

_____

2. I am an attorney at law, admitted to practice in the_____

_____, I was admitted to practice in the United States District Court for the Western District of New York on the _____ day of _____, _____.

3. I have known the petitioner since _____ and under the following circumstances:

_____

_____

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____

_____

_____

                                                                           _____
                                                                             Signature of Sponsoring Attorney

Sworn to before me this ____ day of _____, _____

  /s  Adam G. Giangreco, Notary Public State of New York, qualified in Albany County, Commission expires 8/5/21
_____
                   Notary Public