UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Emilee Carpenter, LLC d/b/a Emilee Carpenter Photography** and **Emilee Carpenter**,<br><br>     Plaintiffs,<br><br> v.<br><br>**Letitia James**, in her official capacity as Attorney General of New York; **Jonathan J. Smith**, in his official capacity as Interim Commissioner of the New York State Division of Human Rights; and **Weeden Wetmore**, in his official capacity as District Attorney of Chemung County,<br><br>     Defendants. | Case No. 6:21-CV-06303<br><br>**[PROPOSED] ORDER GRANTING AMICI STATES' PRO HAC VICE MOTION** |

After considering the motion for pro hac vice admission of James A. Campbell filed by Amici States under Local Civil Rule 83.1(d), the Petition for Attorney Admission, and the related documents, it is hereby ordered that the motion is granted, and James A. Campbell is admitted to this Court for the purpose of appearing in the above-captioned action as counsel for Amici States.

Ordered this ____ day of _____, 2021.

                _____
                Frank P. Geraci, Jr.
                Chief Judge
                United States District Court