UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Emilee Carpenter, LLC, d/b/a Emilee Carpenter Photography and Emilee Carpenter,

                Plaintiffs,

                Notice of Motion

-against-

Letitia James, in her official capacity as Attorney General of New York; Johnathan J. Smith, in his official capacity as Interim Commissioner of the New York State Division of Human Rights; and, Weeden Wetmore, in his official capacity as District Attorney of Chemung County,

                Case NO. 6:21-cv-06303

                Defendants.

---

PLEASE TAKE NOTICE, that the undersigned, as attorney for Defendant, Weeden Wetmore, in his official capacity as District Attorney of Chemung County, will bring a motion seeking:

- A Dismissal of the complaint for failure to state a claim upon which relief can be granted [See: FRCP 12(b)(6), 12(h)(2)(B)] and /or;
- A Dismissal for lack of subject matter jurisdiction as to this defendant, because any dispute involving Weeden Wetmore is not ripe for adjudication [See: FRCP 12(b)(1)];
- Requesting the Court requests to strike all references in the pleadings with respect to Weeden Wetmore, if the dismissal motions are granted [See: FRCP 12(b)(f)];
- If the motions to dismiss are not granted, in the alternative, a request for a more definite statement or pleading [See: FRCP 12(b)(e)];
- Extending the time to answer, either within 14 days after the more definite statement is served or as otherwise ordered [See: FRCP 12(a)(4)]; and
- Seeking a denial of the request for a preliminary injunction as to Weeden Wetmore.

Said motions to occur before this Court on a date and time which will be provided by the Court later.

Dated:    Elmira, New York

        June 16, 2021

                                  M. Hyder Hussain, Esq.
                                  Chemung County Attorney
                                  By: Jeffrey Walker, Esq., Asst. County Attorney
                                  167 Lake Street
                                  Elmira, New York, 14901
                                  (607) 873-1535