UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILEE CARPENTER, LLC d/b/a EMILEE CARPENTER PHOTOGRAPHY, and EMILEE CARPENTER,<br><br>         *Plaintiffs*,<br> v.<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York, *et al.*,<br><br>         *Defendants*. | Case No. 6:21-CV-06303-FPG |

**NOTICE OF MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE***

   PLEASE TAKE NOTICE that the proposed *amici curiae*, the New York Civil Liberties Union ("NYCLU") and American Civil Liberties Union ("ACLU"), hereby move the Court under Fed. R. Civ. P. 7(b) and Local Rule 7(a)(3) for leave to appear as *amici curiae* in support of the Defendants in the above-captioned case. In support of this motion, the NYCLU and ACLU file an affirmation from Gabriella Larios to which the proposed *amici curiae* brief is attached. The NYCLU and ACLU have informed the parties of their intent to file this motion, and the parties consent.

              Respectfully Submitted,

              */s/ Gabriella Larios*
              GABRIELLA LARIOS
              ROBERT HODGSON
              New York Civil Liberties Union Foundation
              125 Broad Street, 19th Floor
              New York, NY 10004
              Phone: (212) 607-3317
              Fax: (212) 607-3318

glarios@nyclu.org
rhodgson@nyclu.org

LINDSEY KALEY*
RICCA PRASAD*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
lkaley@aclu.org
rprasad@aclu.org

*Counsel for Proposed Amici Curiae*

Dated: June 23, 2021
     New York, N.Y.

\* Motion to proceed *Pro Hac Vice* forthcoming

## CERTIFICATE OF SERVICE

I certify that on June 23, 2021, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished through the CM/ECF system.

*/s/ Gabriella Larios*
GABRIELLA LARIOS