UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILEE CARPENTER, LLC d/b/a EMILEE CARPENTER PHOTOGRAPHY, and EMILEE CARPENTER,<br><br>　　　　　　　　　　　*Plaintiffs*,<br>　v.<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York, *et al.*,<br><br>　　　　　　　　　　　*Defendants*. | Case No. 6:21-CV-06303-FPG |

**PROPOSED ORDER GRANTING NYCLU AND ACLU'S MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**

After considering the motion for leave to file an *amici curiae* brief under Fed. R. Civ. P. 7(b) submitted by *amici curiae* the New York Civil Liberties Union ("NYCLU") and American Civil Liberties Union ("ACLU"), it is hereby ordered that the motion is granted, and NYCLU and ACLU are ordered to file their proposed *amici curiae* brief with the Court.

Ordered this ___ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Frank P. Geraci, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court