AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| EMILEE CARPENTER, LLC, et al., *Plaintiff* v. LETITIA JAMES, et al., *Defendant* | Civil Action No. 21-CV-6303-FPG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The State's motion to dismiss is GRANTED insofar as all claims against Defendants Letitia James and Johnathan J. Smith are dismissed, with prejudice, for failure to state a claim upon which relief may be granted. In addition, all claims against Defendant Weedon Wetmore are sua sponte dismissed, with prejudice, for failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter judgment and close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Frank P. Geraci, Jr. on a motion for dismissal in favor of defendants'.

Date: 12/14/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*