# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Emilee Carpenter, LLC d/b/a Emilee Carpenter Photography** and **Emilee Carpenter**,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**Letitia James**, in her official capacity as Attorney General of New York; **Johnathan J. Smith**, in his official capacity as Interim Commissioner of the New York State Division of Human Rights; and **Weeden Wetmore**, in his official capacity as District Attorney of Chemung County,<br><br>　　　　　Defendants. | Case No. 6:21-cv-06303<br><br>**NOTICE OF APPEAL** |

　　　　PLEASE TAKE NOTICE that Plaintiffs Emilee Carpenter, LLC, and Emilee Carpenter hereby appeal to the United States Court of Appeals for the Second Circuit from the final Judgment (ECF No. 69) entered on December 14, 2021, and from the Decision and Order (ECF No. 68) both granting Defendants' 12(b)(6) motions to dismiss and denying Plaintiffs' motion for a preliminary injunction, entered on December 13, 2021.

Respectfully submitted this 12th day of January, 2022.

|  |  |
|---|---|
| Raymond J. Dague<br>New York Bar No. 1242254<br>**Dague & Martin, P.C.**<br>4874 Onondaga Road<br>Syracuse, New York 13215<br>(315) 422-2052<br>(315) 474-4334 (facsimile)<br>rjdague@daguelaw.com | By: *s/ Jonathan A. Scruggs*<br>Jonathan A. Scruggs<br>Arizona Bar No. 030505<br>Bryan D. Neihart*<br>Arizona Bar No. 035937<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 (facsimile)<br>jscruggs@ADFlegal.org<br>bneihart@ADFlegal.org |

ATTORNEYS FOR PLAINTIFFS

*Admitted *Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of January, 2022, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

*s/ Jonathan A. Scruggs*
Jonathan A. Scruggs

*Attorney for Plaintiffs*
