UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**Emilee Carpenter, LLC d/b/a Emilee Carpenter Photography** and **Emilee Carpenter**,
      Plaintiffs,

    -v-

**Letitia James**, in her official capacity as Attorney General of New York; **Maria Imperial**, in her official capacity as Acting Commissioner of the New York State Division of Human Rights; and **Weeden Wetmore**, in his official capacity as District Attorney of Chemung County,
      Defendants.
_____

6:21–cv–06303
USCA:

**CLERK'S CERTIFICATE / INDEX**

    I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

    **The following documents are not available electronically and are maintained in the Western District of New York:**

    Docket No. n/a

Upon your request, we will make the above documents available to you.

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/ Tricia M. Frisa
_____
Deputy Clerk

DATED:    January 27, 2022
                Rochester, NY